IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:09CR58 |
| vs. | ) | |
| | ) | ORDER ON MOTION |
| ERIK MARCO GARCIA-BARTOLO, | ) | TO CONSOLIDATE CASES |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:09CR193 |
| vs. | ) | |
| | ) | ORDER ON MOTION |
| ERIK GARCIA BARTOLO, | ) | TO CONSOLIDATE CASES |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:09CR215 |
| | ) | |
| LORENZO REYES, | ) | ORDER ON MOTION |
| GIAVANA CARRILLO, | ) | TO CONSOLIDATE CASES |
| MARIA PASILLAS CASTANEDA, and | ) | |
| ERIK GARCIA BARTOLO, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the motion of defendant, Erik Marco Garcia-Bartolo (named in Cases Nos. 8:09CR193 and 8:09CR215 as Erik Garcia Bartolo) to consolidate the above-captioned cases. Counsel for the United States does not object. Response time has passed, and the codefendants in Case No. 8:09CR215 filed no objection or response.

Upon review of the file, the court finds that the requirements of Rule 8 and 13 of the Federal Rules of Criminal Procedure have been met and the interests of justice are best served by joinder.

**IT IS ORDERED:**

1. The Motion to Consolidate Cases (#31 in 8:09CR58, #15 in 8:09CR193, and #58 in 8:09CR215) is granted.

2. The Clerk shall amend the records of the court to show that Cases Nos. 8:09CR58, 8:09CR193 and 8:09CR215 are consolidated for all further proceedings.

3. The cases will be set for trial, in accordance with the Speedy Trial Act, by further order of the court.

**DATED August 18, 2009.**

            **BY THE COURT:**

            s/ F.A. Gossett
            **United States Magistrate Judge**